UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>,<br><br>　　　　　Defendant. | Case No. 21-cv-01022-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner acting pro se, filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: April 7, 2021

JAMES DONATO
United States District Judge